**v.**

**STATE of Missouri, Appellant.**

**No. 55066.**

Supreme Court of Missouri,
Division No. 2.

Nov. 13, 1972.

Jerome R. Mandelstamm, St. Louis, for respondent.

John C. Danforth, Atty. Gen., John C. Craft, Asst. Atty. Gen., Jefferson City, for appellant.

PER CURIAM:

The state has appealed from a judgment of the trial court wherein an attorney was allowed a fee of $1,000 (taxed as costs in the proceeding and ordered to be paid by the state) for services rendered for an indigent juvenile under an appointment by the trial court.

The cause was tried and the appeal lodged at a time when the decision of this court in State v. Green (State v. Coleman), Mo., 470 S.W.2d 571, was controlling.

The judgment is reversed.